# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD., <br> Plaintiff, <br> v. <br> BLUE ALLIANCE SHIPPING S.A.L., <br> Defendant. | Case No. 17-cv-05224-JCS <br><br> **ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA** |

At a hearing on December 15, 2017, the parties stipulated in open court to the transfer of this case and *Mitsui O.S.K. Lines, Ltd. v. Blue Alliance Shipping S.A.L.*, No. 3:17-cv-03396 (JCS) to the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 1406(a). Accordingly, the Clerk is instructed to transfer this case to the United States District Court for the Northern District of Florida.

**IT IS SO ORDERED.**

Dated: December 15, 2017

JOSEPH C. SPERO
Chief Magistrate Judge